Erin Rose Ronstadt, SBN 028362
Kyle Shelton, SBN 027379
RONSTADT LAW, PLLC
P.O. Box 34145
Phoenix, AZ 85067
(602) 615-0050
(602) 761-4443 Fax
erin@ronstadtlaw.com
kyle@ ronstadtlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tamesha Brown, | No. CV-22-01403-PHX-MTL |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Life Insurance Company of North America, | |
| Defendant. | |

    Plaintiff hereby gives notice that the parties have negotiated a settlement in the above-referenced matter. Counsel for the parties are finalizing settlement and Plaintiff will file a Stipulation of Dismissal with Prejudice within 30 days.

    DATED May 9, 2023

                      RONSTADT LAW, PLLC

                      By: *s/ Erin Rose Ronstadt*
                            Erin Rose Ronstadt
                            Kyle Shelton

**CERTIFICATE OF SERVICE**

I certify that on May 9, 2023 I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina N. Holmstrom
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
2415 East Camelback Road, Suite 800
Phoenix, AZ 85016
kristina.holmstrom@ogletree.com
*Attorneys for Defendant*


*s/ Merry Martin*