**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Tamesha Brown, | No. CV-22-01403-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Life Insurance Company of North America, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation for Dismissal (Doc. 34), and good cause appearing,

**IT IS ORDERED** granting Stipulation for Dismissal (Doc 34).

**IT IS FURTHER ORDERED** dismissing this case with prejudice, each party to bear their own fees and costs.

The Clerk of Court is directed to close this case.

Dated this 26th day of May, 2023.

Michael T. Liburdi
United States District Judge